MARTHA ROBINSON et al. v. SALMON REALTY CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See ante, p. 688.]

EMIL K. ELLIS v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 685.]

In the Matter of ANTONIO R. PEREZ against PAUL MOSS, as Commissioner of Licenses of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 684.]

ISAAC ALTMAN v. NATHAN FINKEL et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 268 App. Div. 666.]

BUSHROD B. HOWARD v. UNION OIL COMPANY OF CALIFORNIA et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 680.]

In the Matter of the Accounting of GEORGE K. WELDON, as Executor of HATTIE F. LANDERS, Deceased. JOHN R. LANDERS et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for other relief denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 686.]

In the Matter of the Application of JAMES F. EGAN, as Public Administrator of the County of New York for Revocation of Letters of Administration Issued to GUNDA K. MORLAND on the Estate of HANS MORLAND, Deceased. GUNDA K. MORLAND, as Temporary Administratrix of the Estate of HANS MORLAND, Deceased; KLARA MORLAND et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 686.]

In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK with Respect to Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. (Guarantee No. 200,987.) JOHN F. FREES et al., as Trustees; LILLIAN M. McCARTHY, as Administratrix of the Estate of KATHERINE E. McCARTHY, Deceased, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley, J., taking no part. [See ante, p. 689.]

PHILIPPE FAINGNAERT, as President of New York Household Placement Association, et al. v. PAUL MOSS, as Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 692.]

In the Matter of JOHN J. MURPHY against EXTRAORDINARY SPECIAL AND TRIAL TERM OF THE SUPREME COURT Appointed to be Held in the County of New York.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 90.]